**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Great American Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20-cv-5705 |
| v. | ) | |
| | ) | Judge Joan B. Gottschall |
| WCP Solar Services, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 1, 2022, attorney Richard K. Hellerman filed a motion, Dkt. No. 61, to withdraw his appearance for defendants along with proof that he transmitted copies of the motion to his clients. Plaintiff's amended motion for summary judgment was due June 2, 2022. On that date, plaintiff filed a response to Mr. Hellerman's motion for leave to withdraw his appearance stating, correctly, that the individual defendants may represent themselves if Mr. Hellerman withdraws, but the corporate defendant must be represented by an attorney in federal court, *United States v. Hagerman*, 545 F.3d 579, 581–82 (7th Cir. 2008). Dkt. No. 62 at 1. Thus, if Mr. Hellerman withdraws his appearance and no other attorney appears for the corporate defendant, plaintiff intends to request a default judgment against the corporate defendant and move for summary judgment against the individual defendants. Dkt. No. 62 at 1–2.

Plaintiff's proposal to give defendants 30 days in which to search for new counsel is reasonable. Dkt. No. 62 at 2. However, defendants must first receive an opportunity to be heard on Mr. Hellerman's proposed withdrawal. Ordinarily, defendants would have such an opportunity at a hearing to present Mr. Hellerman's motion for leave to withdraw to the court.

But routine hearings to present motions have been suspended due to the ongoing COVID-19 pandemic. *See* Third Am. Gen. Order 21-0027 (N.D. Ill. Apr. 6, 2022).

The court therefore orders as follows:

1. If defendants wish to be heard on Mr. Hellerman's motion to withdraw, they are given until and including June 10, 2022, either to file a written response to Mr. Hellerman's motion or request a hearing to be held by teleconferencing. A hearing may be requested by sending an email message to Chambers_Gottschall@ilnd.uscourts.gov, with a copy to all parties and counsel of record, by no later than June 10, 2022.

2. Mr. Hellerman must serve his clients with a copy of this order and plaintiff's response filed June 2, 2022, in accordance with Rule 5 of the Federal Rules of Civil Procedure.

3. Mr. Hellerman must file a certificate of service on or before June 6, 2022.

4. Plaintiff's deadline to file a renewed motion for summary judgment is suspended until the court decides Mr. Hellerman's motion for leave to withdraw his appearance. If Mr. Hellerman's motion is granted, defendants will have 30 days to search for new counsel.

Dated: June 3, 2022

Joan B. Gottschall
United States District Judge