# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> WCP SOLAR SERVICES, LLC, DR. EVERTON ) <br> WALTERS, AL BUSANO and ASAD BAJWA, ) <br> ) <br> Defendants. ) | Case No. 20-cv-5705 <br><br> Hon. Joan B. Gottschall |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused a true and correct copy of plaintiff's Response to Motion to Withdraw [ECF No. 62] and the Court's June 3, 2022 Order [ECF No. 64] to be served by email on June 3, 2022 to the following persons at the following email addresses:

Everton Walters
WCP Solar Services, LLC
1057 Shore Rd.
Naperville, IL 60563
drwally@wcpsolar.com

WCP Solar Services, LLC
c/o/ Everton Walters
1057 Shore Rd.
Naperville, IL 60563
drwally@wcpsolar.com

Asad Bajwa
1132 Chadwick Ct.
Aurora, IL 60502
abajwa@cmtengr.com

Al Busano
Solar USA
2300 N. Barrington Rd., Suite #400
Hoffman Estates, IL 60169
abusano@solarusallc.com

by U.S. Mail on June 4, 2022 to the following persons at the following addresses:

Everton Walters
WCP Solar Services, LLC
1057 Shore Rd.
Naperville, IL 60563

WCP Solar Services, LLC
c/o/ Everton Walters
1057 Shore Rd.
Naperville, IL 60563

Al Busano
Solar USA
2300 N. Barrington Rd., Suite #400
Hoffman Estates, IL 60169

(Mr. Bajwa having acknowledged receipt and consented to service by email on June 3, he was not served by U.S. Mail on June 4).

    /s/  Richard K. Hellerman
    Richard K. Hellerman