IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20 CV 5705 |
| | ) | Judge **Joan B. Gottschall** |
| WCP SOLAR SERVICES, LLC, | ) | |
| DR. EVERTON WALTERS, individually, | ) | |
| AL BUSANO, individually, | ) | |
| and ASSAD BAJWA, individually, | ) | |

**GREAT AMERICAN INSURANCE COMPANY'S MOTION PURSUANT TO F.R.C.P. 60(B)(5) AND (6) TO REINSTATE CASE AND ENTER JUDGMENT AGAINST WCP SOLAR SYSTEMS, LLC AND DR. EVERTON WALTERS**

Plaintiff, Great American Insurance Company ("GAIC"), by and through its attorneys, William S. Piper and T. Scott Leo of the LAW OFFICES OF T. SCOTT LEO, P.C., moves pursuant to R.R.C.P 60(5)and (6) to reinstate this matter and for entry of judgment against WCP Solar Syatems LLC and Dr. Everton Walters based upon their default under the terms of a Settlement agreement. In support hereof, Plaintiff states as follows:

1. On July 11, 2023, this court entered a Minute Order pursuant to Motion and settlement between Plaintiff and the Defendants, WCP Solar Systems, LLC and Dr. Everton Walters in which the parties agreed that the court would retain jurisdiction to enforce the settlement. The court granted Plaintiff's motion for voluntary dismissal as to the settling defendants and allowed the Plaintiff to file a Motion to Reinstate the Plaintiff's claims before October 1, 2026. (Docket #117; Ex A.)

2. Attached as Exhibit B is the affidavit of Prithvi Bhaskar, a Claims Director with Great American Insurance Company filed in support of this motion.

3. Defendants WCP Solar Services, LLC and Dr. Everton Walters have defaulted twice under the terms of the settlement. The last 10-day notice to cure was sent on March 25, 2025. Defendants have failed to cure the default.

4. Pursuant to the Settlement, Great American Insurance Company is now entitled to a judgment against WCP Solar, Services, LLC in the amount of $179,205.00, less credit for all payments received and against Dr. Everton Walters in the amount of $128,205.00 less credit for all payments received.

5. Prior to Defendants' default in payment, Great American Insurance Company received from WCP and Dr. Walters the total sum of $50,000 plus $22,000 from co-defendants Al Busano and Asad Bajwa under a separate settlement for a total sum of $72,000.00 in credits due WCP and Dr. Walters.

6. After crediting $72,000 in payments received against the agreed upon judgment in the event of default under the settlement agreement, Great American Insurance Company is entitled to a judgment against

   a. WCP Solar Service, LLC in the amount of $107,205.00; and against
   b. Dr. Everton Walters in the amount of $56,205.00.

   Respectfully Submitted,

   GREAT AMERICAN INSURANCE COMPANY

   ____/s/ William S. Piper_____
   One of its Attorneys

William S. Piper
wpiper@leolawpc.com
T. Scott Leo
sleo@leolawpc.com
Law Office of T. Scott Leo, P.C.
100 N. LaSalle St., Suite 100
Chicago, Illinois 60606
312-857-0910

## CERTIFICATE OF SERVICE

I hereby certify that on **April 29,2025,** I caused Great American Insurance Company's **MOTION PURSUANT TO F.R.C.P. 60(B)(5) AND (6) TO REINSTATE CASE AND ENTER JUDGMENT AGAINST WCP SOLAR SYSTEMS, LLC AND DR. EVERTON WALTERS,** to be filed pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send electronic notice of filing electronically, to the following:

| | |
|---|---|
| Dr. Everton Walters | Roy P. Amatore |
| 5 Royal Oaks Ct | roy@amatorebushing.com |
| Bristol, IL 60512 | Amatore & Bushing |
| drwally@wcpsolar.com | 19W646 13th Place |
| | Lombard, IL 60148-4510 |
| | 630-569-1701 |

I further caused a copy to be sent via U.S. mail First Class to
Dr. Everton Walters
5 Royal Oaks Ct
Bristol, IL 60512
With copy by email to drwally@wcpsolar.com and accounts@wcpsolar.com

And

WCP Solar Services, LLC
1057 Shore Rd.
Naperville, IL 60563
accounts@wcpsolar.com

By: /s/ *William S Piper*
One of its attorneys

T. Scott Leo
sleo@leolawpc.com
William S Piper
wpiper@leolawpc.com
Law Offices of T. Scott Leo, P.C.
100 North LaSalle Street, Suite 514
Chicago, Illinois  60602
Telephone: (312) 857-0910