**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20 CV 5705 |
| ) | Judge **Joan B. Gottschall** |
| WCP SOLAR SERVICES, LLC, ) | |
| DR. EVERTON WALTERS, individually, ) | |
| AL BUSANO, individually, ) | |
| and ASSAD BAJWA, individually, ) | |

## **(PROPOSED) JUDGMENT**

This matter is before the court on plaintiff Great American Insurance Company's Motion [122] to enforce a settlement and enter judgment against defendants WCP Solar Services, LLC and Everton Walters, and the defendants having failed to respond. Upon consideration of the affidavit of Prithvi Bhaskar dated April 28, 2025 and supporting exhibits, the Motion is Granted.

Judgment is hereby entered in favor of Plaintiff Great American Insurance Company and against the Defendants:

1) WCP Solar Service, LLC in the amount of $107,205.00; and

2) against Dr. Everton Walters in the amount of $56,205.00.

Dated: _____     ENTER:

_____
Hon. Joan B. Gottschall
U.S. Dist. Court Judge